**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CROSS LINK, INC., | No. C 08-3870 SBA |
| Petitioner, | **ORDER** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Claimant. | |

On February 14, 2008, the Tug Orion (the "Orion") was towing the Derek Barge Hagar (the "Hagar") and Derek Barge Valhalla (the "Valhalla") when a crane boom on the Hagar's deck struck four of claimant's power lines crossing the Sacramento River, in the turning basin in West Sacramento. *See* Docket No. 1 ¶ 7. On August 13, 2008, petitioner Cross Link, Inc., the Orion's owner, filed a Complaint under Rule F of the Federal Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions seeking exoneration from liability or a limitation on its liability equal to the Orion's assessed value. *See* Docket No. 1 at 1. On this same day, petitioner also filed a Notice to Claimants of Exoneration from or Limitation of Liability (the "Notice") [Docket No. 6] for petitioner, and a proposed order directing the Clerk of the Court to issue the notice.

Rule F(9) has specific express requirements for a Court to find venue for an exoneration/limitation complaint. *See* Rule F(9). In its complaint, petitioner merely alleges, "Venue is proper in this jurisdiction and in this division because the vessel may be found in this district and the claimant resides in this district." Complaint ¶ 3. As Rule F(9) states in part, "When the vessel has not been attached or arrested to answer the matters aforesaid, *and suit has not been commenced against the owner*, the proceedings may be had in the district in which the vessel may be[.]" Rule F(9) (emphasis added). Further, under certain circumstances, if the owner has been sued, venue will only be proper in the district of suit. *See id.* Here, petitioner has not alleged whether or not it has been sued.

///

1  ACCORDINGLY, the Court DENIES petitioner's request to direct the Clerk of the Court to
2  issue the Notice.  Further, if petitioner files an amended complaint, it shall allege whether *any suits*
3  have been brought in any jurisdiction arising from the events of February 14, 2008, against the
4  Orion's, Hagar's, or Valhalla's owners.

6  IT IS SO ORDERED.

   September 3, 2008                            _____
8                                                Saundra Brown Armstrong
                                                 United States District Judge