**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CROSS LINK, INC.,

        Petitioner,

v.

PACIFIC GAS & ELECTRIC COMPANY,

        Claimant.

No. C 08-3870 SBA

**ORDER**

    On February 14, 2008, the Tug Orion (the "Orion") was towing the Derek Barge Hagar (the "Hagar") and Derek Barge Valhalla (the "Valhalla") when a crane boom on the Hagar's deck struck four of claimant's power lines crossing the Sacramento River, in the turning basin in West Sacramento. *See* Docket No. 1 ¶ 7. On August 13, 2008, petitioner Cross Link, Inc., the Orion's owner, filed a Complaint under Rule F of the Federal Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions seeking exoneration from liability or a limitation on its liability equal to the Orion's assessed value. *See* Docket No. 1 at 1. On this same day, petitioner also filed a Notice to Claimants of Exoneration from or Limitation of Liability (the "Notice") [Docket No. 6] for petitioner, and a proposed order directing the Clerk of the Court to issue the Notice. Petitioner, however, did not e-file all its pleadings, which delayed their processing by the Clerk of the Court. *See* Docket No. 10. Further, its proposed order was never properly docketed. *See* Docket Entry dated Aug. 13, 2008. On September 4, 2008, the Court requested venue information from petitioner. Docket No. 8. Petitioner provided this information on September 12, 2008. *See* Docket No. 9.

    On September 17, 2008, petitioner e-filed its proposed order. *See* Docket No. 11. In part, the order proposes to publish the Notice in the Marin Independent Journal. *Id.* ¶ (4). The complaint, however, states that due to damaging the power lines "Claimant PACIFIC GAS' customers allegedly lost power to their homes and businesses in West Sacramento and beyond, allegedly resulting from the Incident." Compl. ¶ 7. Under Rule F(4), a notice to claimants "shall be published in such newspaper or newspapers as the court may direct once a week for four successive weeks prior to the

date fixed for the filing of claims." Petitioner has not indicated to the Court whether in terms of its subscription and circulation base, the Marin Independent Journal is reasonably expected to reach potential claimants for this matter.

ACCORDINGLY, the Court DIRECTS petitioner to file a declaration within five days, addressing this issue. Petitioner may also indicate a change in newspapers or the addition of more newspapers with appropriate explanation.

IT IS SO ORDERED.

September 18, 2008

_____
Saundra Brown Armstrong
United States District Judge