1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for CROSS LINK, INC.

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF CROSS LINK, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *ORION* HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, FREIGHTS, CARGO, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Claimant. | CASE NO.:  08-03870<br><br>**AMENDED ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**<br><br>IN ADMIRALTY<br><br>FRCivP SUPP RULE F |

A Complaint has been filed herein on 13 August 2008 by the above-named petitioner, as owner and/or operator of the Tug ORION for exoneration from, or limitation of, liability pursuant to 46 U.S.C. § 30501, *et seq*. (formerly 46 U.S.C.S. App. § 181, *et seq*.), and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, claim, destruction, or alleged damage caused by or resulting from the allision between a crane located on the deck of Derek Barge HAGAR (O.N. 508989) with four power lines crossing the Sacramento River on 14 February 2008 during the Tug ORION's towage of Derek Barge HAGAR and Derek Barge VALHALLA (O.N. 1076617) as more fully described in the Complaint.

1

**AMENDED [PROPOSED] ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

P0922.2008-1799

The Complaint states that the value of the petitioner's interest in the Tug ORION at the time of the incident described in the Complaint does not exceed $1,400,000 as set forth in the Declaration of Value attached to the Complaint; and the petitioner has deposited in the Court as security for the benefit of claimants an Ad Interim Stipulation dated 12 August 2008, with surety not less than or equal to the amount or value of its interest in the said vessel (plus an amount for costs) totaling the sum of $1,401,000, with interest as provided by law at a rate of 6 percent as of this date.

**NOW THEREFORE**, on the motion of petitioner;

**IT IS ORDERED AS FOLLOWS:**

(1) The above-described Ad Interim Stipulation for value as surety deposited by the petitioners, CROSS LINK, INC., with the Court for the benefit of claimants in the sum of $1,401,000, with interest aforesaid at a rate of 6 percent, as security for the amount of value of the claimants' interest in the Tug ORION, is hereby approved;

(2) The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount of value insufficient or excessive, and upon demand, the Court may similarly order an increase or reduction if it finds that such Order is necessary to carry out the provisions of 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C.S. App. § 181, *et seq.*);

(3) A Notice shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for claimants a copy thereof on or before the 3d day of November, 2008, or be defaulted, and that if any claimant desires to contest either the right to exoneration or the right to limitation of liability, he

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

shall file and serve on counsel for petitioner an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted;

(4) The foregoing Notice shall be published in the Sacramento Bee, once a week for four successive weeks prior to the date fixed for the filing of the claims, as provided in FRCivP Supp. Rule F; and copies of the Notice shall also be mailed in accordance with Supp. Rule F;

(5) The further prosecution of any and all actions, suits, and proceedings already commenced, and the commencement or prosecution thereafter of any and all suits, actions, or proceedings of any nature and description whatsoever, in any jurisdiction, and the taking of any steps and the making of any motion on such actions, suits, or proceedings against the petitioners as aforesaid, or against the Tug ORION, or their liability insurers, or against any property that petitioner accepts in this action, to recover for damages for or in respect of any loss of life, injury, loss from a destruction, or damages caused by or resulting from the foregoing casualty as alleged in the Complaint be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action;

(6) Service of this Order as a Restraining Order may be made by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

DATED: 9/30/08

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

Dated:    23 September 2008         **LAW OFFICES OF GEORGE W. NOWELL**

By:_____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for petitioner
CROSS LINK, INC.

3

**AMENDED [PROPOSED] ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

P0922.2008-1799