| | |
|---|---|
| 1 | GEORGE W. NOWELL (SBN: 83868) |
| | george.nowell@nowelllaw.com |
| 2 | PAUL B. ARENAS (SBN: 167863) |
| | paul.arenas@nowelllaw.com |
| 3 | JOHN H. CIGAVIC III (SBN: 231806) |
| | john.cigavic@nowelllaw.com |
| 4 | **LAW OFFICES OF GEORGE W. NOWELL** |
| | 120 Montgomery Street, Suite 1990 |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 362-1333 |
| 6 | Facsimile: (415) 362-1344 |
| | Attorneys for CROSS LINK, INC. |
| 7 | |
| 8 | GAYLE L. GOUGH (SBN: 154398) |
| | WILLIAM K. BISSELL (SBN: 133787) |
| 9 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP** |
| | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 10 | San Francisco, CA 94105 |
| | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| | Attorneys for |
| 12 | PACIFIC GAS AND ELECTRIC COMPANY |

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF CROSS LINK, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *ORION* HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, FREIGHTS, CARGO, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br>         Petitioner, <br><br> v. <br><br> PACIFIC GAS & ELECTRIC COMPANY, <br><br>         Claimant. | CASE NO.: CV 08 3870 SBA <br><br> **STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT; [PROPOSED] ORDER** <br><br> IN ADMIRALTY <br><br> FRCivP SUPP RULE F <br><br> Judge: Hon. Saundra Brown Armstrong <br><br> Complaint Filed: 13 August 2008 |

//
//
//
//

---

STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT; [PROPOSED] ORDER
(CV 08 3870 SBA)

P1121.2008-1799

1   COMES NOW PETITIONER CROSS LINK, INC. ("petitioner") and the only appearing
2   claimant PACIFIC GAS & ELECTRIC COMPANY ("PG&E" or "claimant") jointly, and by and
3   through their counsel who are authorized to so stipulate, and do hereby stipulate and agree and
4   request this Court find and order, with regard to the captioned lawsuit, as follows:

## STIPULATION

6   1.)   petitioner filed an action in Admiralty entitled "Complaint for Exoneration from
7   or Limitation of Liability Under 46 USC §30501, *et. seq.*" on 13 August 2008 to limit its liability
8   for the maritime incident complained of to the value of its vessel, tug ORION ("Vessel"), to wit:
9   "on 14 February 2008 at dusk the Tug ORION was towing Derek Barge HAGAR (O.N. 508989)
10  ("HAGAR") and Derek Barge VALHALLA (O.N. 1076617) when a crane boom on the deck of
11  HAGAR made contact with four power lines crossing the Sacramento River in the turning basin
12  in West Sacramento, which four power lines are allegedly owned and operated by Claimant
13  ("Incident")";
14  2.)   an "Order Approving Ad Interim Stipulation for Value, Directing Issuance of
15  Notice and Restraining Prosecution of Claims" was duly issued and entered herein, dated 30
16  September 2008 and appearing on the Docket of this Court at No. 14, against all persons
17  claiming damages for any and all losses, damages, injuries, or destruction arising out of or
18  occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons
19  to appear before the Court and file their respective claims in writing, under oath, and to serve
20  copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein
21  on or before 3 November 2008, and notice of said Order was duly given and published, as
22  appears by return of petitioner duly made, and copies of the notice and Order were duly served
23  on potential claimants in accordance with the Rules of this Court (both appearing on the Docket
24  of this Court at No. 21);
25  3.)   PG&E is the only entity that timely filed a claim with petitioner. PG&E claims
26  damages in excess of $90,835 for damage to property (and asserts a second claim against
27  petitioner for PG&E's customers' alleged damages resulting from the Incident for which PG&E
28  may be called upon to pay to others, in an amount presently unknown);

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT; [PROPOSED] ORDER
(CV 08 3870 SBA)

P1121.2008-1799

1  4.) no other claim has been presented to or filed with said petitioner as of the date of
2 this stipulation; and
3  5.) petitioner and claimant hereby respectfully request the Court grant an "Order
4 Noting Default" in the form attached hereto; and
5  6.) petitioner's and claimant's counsel hereby stipulate that the form of the "Order
6 Noting Default" attached hereto is acceptable to petitioner's and claimant's counsel.
7  IT IS SO STIPULATED:
8
9  Dated: 4 December 2008        LAW OFFICES OF GEORGE W. NOWELL
10
11                               By: _____
12                                   JOHN H. CIGAVIC III
                                     Attorneys for petitioner
                                     CROSS LINK, INC.
13
14  Dated: November 26 2008       SEDGWICK, DETERT, MORAN & ARNOLD LLP
15
16                               By: _____
                                     WILLIAM K. BISSELL
17                                   Attorneys for claimant
                                     PACIFIC GAS AND ELECTRIC COMPANY
18
19              [PROPOSED] ORDER
20  A Petition for exoneration from or limitation of all liability having been filed herein on
21 13 August 2008, appearing on the Docket at No. 1, by CROSS LINK, INC. ("petitioner"), as
22 owners of the vessel tug ORION ("Vessel") related to the event occurring on 14 February 2008
23 at dusk when the Tug ORION was towing Derek Barge HAGAR (O.N. 508989) ("HAGAR")
24 and a crane boom on the deck of HAGAR made contact with four power lines crossing the
25 Sacramento River in the turning basin in West Sacramento, which four power lines are owned
26 and operated by claimant PACIFIC GAS & ELECTRIC COMPANY ("PG&E" or "claimant")
27 ("Incident");
28 //

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1121.2008-1799

And, an Order having been duly issued and entered herein, dated 30 September 2008 and appearing on the Docket of this Court at No. 14, against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 3 November 2008 and notice of said Order having been duly given and published, as appears by return of petitioner duly made and copies of the notice and Order having been duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at No. 21);

And it further appearing by stipulation of the parties that

(1) the following claim has been presented to and filed with petitioner's counsel as required by the Rules of this Court, to wit:

PG&E claims damages in excess of $90,835 for damage to property (and asserts a second claim against petitioner for PG&E's customers' alleged damages resulting from the Incident for which PG&E may be called upon to pay to others, in an amount presently unknown), and

(2) that no other claim has been presented to petitioner or filed with this Court as of the date of this Order; and

Now, therefore on stipulation of all the parties appearing, by and through their respective counsel, it is

ORDERED, ADJUDGED AND DECREED that the defaults of all persons claiming damages for any and all losses, damages, injuries and destruction arising out of, occasioned or occurring from or on the voyage of the Vessel and related to the Incident, who have not heretofore filed and presented claims and answers, if desired, be and are in default, and such persons are hereby barred from filing any claims and answers regarding the voyage of the Vessel and related to the Incident in this Court or in any proceeding related hereto; and

//
//

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all persons, concerns or firms in default, as aforesaid, be subject to, and that all issues raised by the petition herein and the answer thereto now on file, shall stand for trial before this Court according to the rules and practice hereof; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other proceedings on any and all proofs of claims now on file, or which are subsequently interposed, wherever said action, proceeding or event may be located, be and hereby are stayed until the trial and determination of this suit.

IT IS SO ORDERED:

Dated: 12/8 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Prepared by:

Dated: 4 December 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for petitioner
CROSS LINK, INC.

Approved as to form:

Dated: November 26, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
WILLIAM K. BISSELL
Attorneys for claimant
PACIFIC GAS AND ELECTRIC COMPANY

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

5

STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT; [PROPOSED] ORDER
(CV 08 3870 SBA)

P1121.2008-1799