1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for CROSS LINK, INC.
7
   GAYLE L. GOUGH (SBN: 154398)
8  PATRICIA KEADY (SBN:  259776)
   **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, CA 94105
   Telephone:  (415) 781-7900
11 Facsimile:  (415) 781-2635
   Attorneys for
12 PACIFIC GAS AND ELECTRIC COMPANY

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF CROSS LINK, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *ORION* HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, FREIGHTS, CARGO, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Claimant. | CASE NO.:  CV 08 3870 SBA<br><br>**STIPULATION AND  ORDER OF DISMISSAL** |

Come now petitioner CROSS LINK, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *ORION* HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, FREIGHTS, CARGO, ETC. ("PETITIONER") and PACIFIC GAS AND ELECTRIC COMPANY ("DEFENDANT");

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (CV 08 3870 SBA)**

1   DEFENDANT being the only appearing defendant or claimant in this lawsuit;

2   All other potential defendants or claimants having failed to file timely claims in

3 accordance with this Court's Order of October 1, 2008 (appearing on the Docket of this Court at

4 No. 14) and having been barred from filing claims by this Court's Order of December 10, 2008

5 (appearing on the Docket of this Court at No. 23);

6   PETITIONER and DEFENDANT, the only remaining parties in this lawsuit, having

7 reached a settlement of DEFENDANT's claim and all that remains of this entire action, hereby

8 stipulate to the dismissal of DEFENDANT's claim and of this action in its entirety pursuant to

9 Federal Rules of Civil Procedure Rule 41(a)(2) and 41(c).

11 IT IS SO STIPULATED:

Dated:   11 June 2009            **LAW OFFICES OF GEORGE W. NOWELL**

By: _____
JOHN H. CIGAVIC III
Attorneys for petitioner
CROSS LINK, INC.

IT IS SO STIPULATED:

Dated:   June 17, 2009           **SEDGWICK, DETERT,**
**MORAN & ARNOLD LLP**

By: _____
PATRICIA KEADY
Attorneys for defendant
PACIFIC GAS AND ELECTRIC COMPANY

2
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (CV 08 3870 SBA)**

P0504.2009-1799

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

## ORDER

PETITIONER and DEFENDANT HAVING reached a settlement of DEFENDANT's claim as all that remains of this entire action and having stipulated to the dismissal of DEFENDANT's claim and of this action in its entirety pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) and 41(c), and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that each party will bear its own costs and attorneys fees.

IT IS SO ORDERED:

Dated:     6/15/09

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

By: _____*Saundra B Armstrong*_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (CV 08 3870 SBA)**

P0504.2009-1799